UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA MCFADDEN<br>     Plaintiff, | :<br>:<br>: |
| v. | :   Civ. Action No. 3:02CV1980(CFD) |
| BOEHRINGER INGELHEIM<br>PHARMACEUTICALS, INC.<br>     Defendant. | :<br>:<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A ruling on the following motions which are currently pending: (orefm.)

_X_ A settlement conference (orefmisc./cnf)

____ A conference to discuss the following: (orefmisc./cnf) _____

____ Other: (orefmisc./misc)_____

SO ORDERED this _4th_ day of ~~October~~ December 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE