UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -4 P 2: 22

----------------------------------------X
CYNTHIA MCFADDEN,                       :   CIVIL ACTION NO.
                                        :   3:02CV1980 (CFD)
            Plaintiff,                  :
                                        :
v.                                      :
                                        :
BOEHRINGER INGELHEIM                    :
PHARMACEUTICALS, INC.,                  :   FEBRUARY 2, 2004
                                        :
            Defendant.                  :
----------------------------------------X

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully removes to withdraw her appearance on behalf of the plaintiff in the above-captioned matter. The plaintiff will continue to be represented by Gary Phelan of Gary Phelan, L.L.C., who already has an appearance in this matter.

The plaintiff consents to this Motion to Withdraw, and is being sent a copy of this motion.

WHEREFORE, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

THE PLAINTIFF,
CYNTHIA MCFADDEN

By_____

Tanya Wolanic (CT 24252)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

## CERTIFICATION

This is to certify that a copy of the foregoing was sent First Class Mail to the following counsel of record this 2nd day of February, 2004.

David A. Kulle, Esq.
Erin K. Choquette, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Tanya Wolanic