UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CYNTHIA MCFADDEN,
    Plaintiff

- v -                                        3:02-CV-1980(CFD)

BEOHRINGER ENGELHEIM
PHARMACEUTICALS, INC.,
    Defendant

### ORDER

A settlement conference shall be held before the undersigned on **November 2, 2004, at 10:00 a.m.** The parties shall submit _ex parte_ statements **to the Chambers of Judge Smith**, Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than October 29, 2004. **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See _Nick v. Morgan's Foods, Inc._, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), _aff'd_, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 18th day of February, 2004.

Thomas P. Smith
United States Magistrate Judge