UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- X
CYNTHIA MCFADDEN,                      :   CIVIL ACTION NO.
                                       :   3:02CV1980 (CFD)
                Plaintiff,             :
                                       :
v.                                     :
                                       :
BOEHRINGER INGELHEIM                   :
PHARMACEUTICALS, INC.,                 :   FEBRUARY 2, 2004
                                       :
                Defendant.             :
---------------------------------------------------------- X

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully removes to withdraw her appearance on behalf of the plaintiff in the above-captioned matter. The plaintiff will continue to be represented by Gary Phelan of Gary Phelan, L.L.C., who already has an appearance in this matter.

The plaintiff consents to this Motion to Withdraw, and is being sent a copy of this motion.

WHEREFORE, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

THE PLAINTIFF,
CYNTHIA MCFADDEN

By_____

Tanya Wolanic (CT 24252)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005