UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA McFADDEN, | CIVIL NO. |
| Plaintiff, | 3:02CV1980 (CFD) |
| v. | |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | |
| Defendant. | March 19, 2004 |

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Rule 6(b)(1) of the Local Rules of Civil Procedure, the plaintiff, Cynthia McFadden, and the defendant, Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), respectfully request an extension of the discovery deadline in this case for a period of forty-five (45) days, up to and including May 14, 2004, and an extension of the subsequent deadlines accordingly.

As grounds for this motion, the parties state as follows:

1. The current deadline for completing discovery is March 30, 2004.

2. As of June 1, 2004, Attorney Phelan will be joining the New York City law firm of Outten & Golden as a partner and opening a branch office for the firm in Stamford, Connecticut. Plaintiff's counsel, Gary Phelan, had one associate, Tanya Wolanic who had been assigned to this case. Because Attorney Wolnic decided not to relocate to Stamford, she began interviewing in January, 2004 and was hired by Jackson Lewis and started at that firm on February 2, 2004. Attorney Phelan began interviewing to

fill her position and recently hired an associate in New York who will be working with him in Stamford. However, because he was handling both his caseload and Attorney Wolanic's caseload for six weeks, his ability to complete discovery in several of the cases previously handled by Attorney Wolanic, including this case, has been limited.

3. Attorney Phelan will be out of the office from March 22-28, 2004 to speak at and attend the Mid-Winter Meeting of the American Bar Association's Labor and Employment Section Meeting in California. When he returns he is scheduled to be on trial in Connecticut Superior Court in New Britain from March 30-April 2nd. Therefore, he will not be available until April 5, 2004 to continue with discovery in this case.

4. The extension of time is also necessary in order to enable the defendant to complete the deposition of the plaintiff. This deposition was originally noticed for March 4, 2004, but, due to the defendant's schedule, was re-scheduled for March 17, 2004. Because the plaintiff had to appear at a hearing before the Social Security Administration on March 17th, however, the deposition had to be postponed again.

5. The defendants also need additional time to complete the depositions of the plaintiff's treatment providers. The defendant noticed the deposition of Dr. David Kloth for March 18th; however, the defendant has been advised that Dr. Kloth will be out of the country through the end of March. Moreover, the defendant's efforts to depose Dr. Irvin Jennings have been hampered by Dr. Jenning's deliberate efforts to avoid service of the subpoena compelling him to appear for a deposition.

6. Finally, although the Social Security Administration has now produced copies of the documents contained in the Social Security Administration records regarding the plaintiff, the parties are still waiting to receive copies of the audio tapes made of the plaintiff's September 11, 2003 Social Security hearing. The defendant has been

advised by the Social Security Administration that copies of the tapes are being made and will be produced shortly.

7. This is the plaintiff's first request and BIPI's second request for an extension of the discovery deadline.

For these reasons, the plaintiff and BIPI respectfully request the Court to grant their joi8nt motion to extend the discovery deadlines in the above-captioned matter by 45 days, and to extend all subsequent deadlines accordingly.

PLAINTIFF
CYNTHIA MCFADDEN

By: _____
Gary Phelan (CT 03670)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT  06110
(860) 313-5005


DEFENDANT
BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.

By: _____
David A. Kulle (ct00333)
dkulle@rc.com
Erin K. O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel: 860-275-8200

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 19th day of March, 2004 to:

David A. Kulle, Esq.
Erin K. O'Brien, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Gary Phelan