UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY 12 P 12:33
U.S. DISTRICT COURT
HARTFORD, CT.

CYNTHIA MCFADDEN

    V

BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.

CASE NO. 3:02cv1980(CFD)

### NOTICE TO COUNSEL

The above-entitled case was reported to the Court on May 12, 2004 to be settled. Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 12, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

It is so ordered.

Dated at Hartford, Connecticut this 12th day of May, 2004.

KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk