UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CYNTHIA MCFADDEN              :

Vs.                           :   CASE NO. 3:02CV1980 (CFD)

BOEHRINGER INGELHEIM          :
PHARMACEUTICALS, INC.

### JUDGMENT

Counsel of record having reported to the court on May 12, 2004 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, June 16, 2004

KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk

EOD _____