UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| CYNTHIA MCFADDEN, | : | CIVIL ACTION NO. |
| | : | 3:02CV1980 (CFD) 29 |
| PLAINTIFFF, | | |
| | : | U.S. DISTRICT COURT |
| v. | : | HARTFORD, CT. |
| | : | |
| BOEHRINGER INGELHEIM | : | |
| PHARMACEUTICALS, INC. | : | July 12, 2004 |
| | : | |
| DEFENDANT. | : | |

### PLAINTIFF'S MOTION TO REOPEN THE CASE

The plaintiff moves to reopen the case because the settlement has not yet been consummated. The principle reason why the settlement has not yet been consummated is because the undersigned counsel has been in the process of closing his law firm in West Hartford, CT, opening a law office in Stamford, CT and moving from Cheshire, CT to Wilton, Ct. The plaintiff requests that the case be reopened for 30 days to provide the parties with the chance to resolve the settlement.

Dated: July 12, 2004
Stamford, CT

THE PLAINTIFF,

By: _____
Gary Phelan (CT 03670)
Outten & Golden, LLP
Four Landmark Square
Suite 201
Stamford, CT 06901
(203) 363-7888

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed first-class, postage prepaid on July 12, 2004 to:

>David A. Kulle
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT  06103-3597

*Gary Phelan*
Gary Phelan (CT 03670)