

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CYNTHIA MCFADDEN,                    :        CIVIL ACTION NO.
                                     :        3:02CV1980 (CFD)
          PLAINTIFF,                 :
                                     :
     v.                              :
                                     :
BOEHRINGER INGELHEIM                 :
PHARMACEUTICALS, INC.                :        July 12, 2004
                                     :
          DEFENDANT.                 :

## PLAINTIFF'S MOTION TO WITHDRAW
## MOTION TO REOPEN THE CASE

On July 12, 2004, the plaintiff filed a motion to reopen the case because the

settlement had not yet been executed. Because the settlement has now been executed, the

motion to reopen is moot. Therefore, the plaintiff moves to withdraw her pending motion

to reopen.

Dated: August 2, 2004
       Stamford, CT

                              THE PLAINTIFF,


                              By:_____
                                 Gary Phelan (CT 03670)
                                 Outten & Golden, LLP
                                 Four Landmark Square
                                 Suite 201
                                 Stamford, CT  06901
                                 (203) 363-7888

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was mailed first-class, postage prepaid on

August 2, 2004 to:

> David A. Kulle
> Robinson & Cole LLP
> 280 Trumbull Street
> Hartford, CT  06103-3597

Gary Phelan (CT 03670)