# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

|  |  |  |
|---|---|---|
| CYNTHIA MCFADDEN, | : | CIVIL ACTION NO. |
|  | : | 3:02CV1980 (CFD) |
| PLAINTIFFF, | : |  |
|  | : | U.S. DISTRICT COURT |
| v. | : | HARTFORD, CT. |
|  | : |  |
| BOEHRINGER INGELHEIM | : |  |
| PHARMACEUTICALS, INC. | : | July 12, 2004 |
|  | : |  |
| DEFENDANT. | : |  |

### PLAINTIFF'S MOTION TO REOPEN THE CASE

The plaintiff moves to reopen the case because the settlement has not yet been
consummated. The principle reason why the settlement has not yet been consummated is
because the undersigned counsel has been in the process of closing his law firm in West
Hartford, CT, opening a law office in Stamford, CT and moving from Cheshire, CT to
Wilton, Ct. The plaintiff requests that the case be reopened for 30 days to provide the
parties with the chance to resolve the settlement.

Dated: July 12, 2004
       Stamford, CT

                                        THE PLAINTIFF,


                                        By:_____
                                           Gary Phelan (CT 03670)
                                           Outten & Golden, LLP
                                           Four Landmark Square
                                           Suite 201
                                           Stamford, CT 06901
                                           (203) 363-7888

Denied as moot. So ordered.