UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA MCFADDEN, | : | CIVIL ACTION NO. |
| | : | 3:02CV1980 (CFD) |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| BOEHRINGER INGELHEIM | : | |
| PHARMACEUTICALS, INC. | : | July 12, 2004 |
| | : | |
| DEFENDANT. | : | |

### PLAINTIFF'S MOTION TO WITHDRAW
### MOTION TO REOPEN THE CASE

On July 12, 2004, the plaintiff filed a motion to reopen the case because the settlement had not yet been executed. Because the settlement has now been executed, the motion to reopen is moot. Therefore, the plaintiff moves to withdraw her pending motion to reopen.

Dated: August 2, 2004
Stamford, CT

THE PLAINTIFF,

By: _____
Gary Phelan (CT 03670)
Outten & Golden, LLP
Four Landmark Square
Suite 201
Stamford, CT 06901
(203) 363-7888